**FILED**

2010 NOV 23 A 10: 51

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 10 80 287 MISC VRW

Ilson Woo New - #031983

_____/

### ORDER TO SHOW CAUSE

It appearing that Ilson Woo New has been suspended for sixty days by the Supreme Court of California effective October 15, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before December 27, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Ilson Woo New
Attorney At Law
473 Jackson St
PO Box 642340
San Francisco, CA 94109