FILED
DEC 29 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV-10-80287 MISC VRW

Ilson Woo New,
                                        ORDER
    State Bar No 31983
_____/

        On November 23, 2010, the court issued an order to show cause (OSC) why Ilson Woo New should not be removed from the roll of attorneys authorized to practice law before this court based upon his sixty-day suspension by the State Bar of California, effective October 15, 2010.

        The OSC was mailed to Mr New's address of record with the State Bar on November 24, 2010. Mr New filed no response. The California State Bar web site indicates that Mr New is on active status as of December 14, 2010, and may practice law in California.

        The OSC is therefore discharged. The clerk is directed to close the file.

        IT IS SO ORDERED.

                                                      VAUGHN R WALKER
                                                      United States District Chief Judge